[No. 66131-1-I. Division One. July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO RAMIREZ SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-03807-6, Kimberley Prochnau, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 67133-2-I. Division One. July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL J. CAPOEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00191-3, Carol Murphy, J., entered February 4, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 67134-1-I. Division One. July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALEXANDER GALDAMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00905-0, Ronald E. Culpepper, J., entered February 19, 2010. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 39293-3-II. Division Two. July 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA ANN HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00491-5, Nelson E. Hunt, Richard L. Brosey, and James W. Lawler, JJ., entered May 4, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.